NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1523

TEKNOWLEDGE CORPORATION,

Plaintiff-Appellant,

v.

CELLCO PARTNERSHIP d/b/a
VERIZON WIRELESS,

Defendant-Appellee.

Appeal from the United States District Court for the Northern District of California in case no. 08-CV-03063, Judge Susan Illston.

ON MOTION

ORDER

Cellco Partnership d/b/a Verizon Wireless (Verizon) moves for a 21-day extension of time, until November 16, 2009, for Teknowledge Corporation to file its brief and for a 22-day extension of time, until January 19, 2010, for Verizon to file its brief. Verizon states that Teknowledge consents.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

OCT 15 2009

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Edward W. Goldstein, Esq.
Kevin P. Anderson, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 15 2009

JAN HORBALY
CLERK